**Meringolo & Associates, P.C.**
375 Greenwich Street
New York, New York 10013
(212) 941-2077 / (212) 202-4936 fax
www.meringololaw.com

May 6, 2022

**VIA ECF**
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Application granted. Mr. Meringolo is appointed under CJA to represent Mr. Londonio as of 5/5/22.

SO ORDERED.

*Cathy Seibel* 5/9/22
CATHY SEIBEL, U.S.D.J.

Re: *United States v. Londonio*, 17-CR-89 (CS)

Dear Judge Seibel:

    I represented defendant Christopher Londonio, as privately retained counsel, throughout his trial before Your Honor, and I was subsequently appointed by the Second Circuit Court of Appeals pursuant to the Criminal Justice Act ("CJA") to represent him in the appeal of his conviction, *United States v. Christopher Londonio,* 20-2479 (2d. Cir.). On December 21, 2021, I requested to be appointed as CJA counsel during the preparation of the jointly filed Rule 33 motion made on behalf of Mr. Londonio and his co-defendants. Your Honor denied the motion.

    As per Your Honor's representations made at the May 5, 2022 appearance, I respectfully write to renew my application to be appointed to represent Mr. Londonio for purposes of his pending Rule 33 motion. As stated in my December 21, 2021 request, I believe there exists good cause to appoint me to this matter, as there is substantial overlap between the issues raised in the motion and the issues in Mr. Londonio's appeal.

    Therefore, I respectfully request that I be appointed to represent Mr. Londonio in this matter, starting from May 5, 2022, pursuant to Section VII(D) of the Southern District of New York's Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act.

    Thank you for your consideration.

Respectfully submitted,

  /s/  

John Meringolo, Esq.

All counsel (via ECF)