UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

        -v.-　　　　　　　　　　　　　　　ORDER

MATTHEW MADONNA, *et al.*,　　　　　　　17-CR-89

        Defendants.
-------------------------------------------------------x

<u>Seibel, J.</u>

    For the reasons set forth on the record on May 5, 2022 and June 13, 2022, the motion for a new trial of Defendants Madonna, Crea Sr., Londonio and Caldwell, (ECF No. 1214), is denied.

SO ORDERED.

Dated:　June 13, 2022
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　CATHY SEIBEL, U.S.D.J.